**Sylvester OWINO, Sylvester Otieno–Owino, Petitioner–Appellant,**

v.

**Janet NAPOLITANO,\* Secretary of the Department of Homeland Security; Eric H. Holder Jr., Attorney General; Robin Baker, Director of San Diego Field Office U.S. Immigration and Customs Enforcement; John A. Garzon, Officer–In–Charge, Respondents–Appellees.**

No. 08–56392.

United States Court of Appeals, Ninth Circuit.

Aug. 4, 2009.

James Fife, Federal Defenders of San Diego, Inc., San Diego, CA, for Petitioner–Appellant.

Sylvester Owino, San Diego, CA, pro se.

* Janet Napolitano is substituted for her predecessor, Michael Chertoff, as Secretary of the Department of Homeland Security, pursuant to Fed. R.App. P. 43(c)(2).

Samuel William Bettwy, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Respondents–Appellees.

Before: B. FLETCHER, FISHER and GOULD, Circuit Judges.

## ORDER

Appellant's request for publication, filed July 14, 2009, is GRANTED. The memorandum disposition, filed July 8, 2009, is withdrawn. A superseding per curiam opinion will be filed concurrently with this order. The mandate shall issue forthwith. *See* Fed. R.App. P. 41(b).